# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

September 29, 2023

**VIA CM/ECF**

Honorable Richard G. Andrews
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: <u>Tankovich v. Candela Corp.</u>, C.A. No. 22-cv-01458-RGA

Dear Judge Andrews:

Pursuant to the Court's September 28, 2023 Oral Order (D.I. 88), plaintiff Nikolai Tankovich, MD, PhD provides the below proposed constructions of "first" and "second" as those terms are used in the disputed claim phrases of U.S. Patent No. 10,675,481:

- "first" should be construed to mean "a"
- "second" should be construed to mean "another."

Respectfully submitted,

/s/ Amy M. Dudash

Amy M. Dudash (DE Bar No. 5741)

cc: All Counsel of Record (via CM/ECF)